```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

NERY ROHTTIS,

    Plaintiff,

v.                          Case No: 2:21-cv-737-JES-NPM

THE SCHOOL DISTRICT OF LEE COUNTY, FLORIDA,

    Defendant.

_____

## ORDER

This matter comes before the Court on review of the file. On March 8, 2022, Plaintiff filed an Amended Complaint. (Doc. #36.) On March 22, 2022, Defendant filed a Motion to Dismiss (Doc. #37) the Amended Complaint for failure to state a claim. Plaintiff filed an unopposed Motion for Extension of Time (Doc. #38) to file her response, which the Court granted on April 20, 2022. (Doc. #39.) On May 10, 2022, rather than filing a response, Plaintiff filed a Second Amended Complaint and stated in a footnote that Defendant was not opposed to "this Motion for Leave to file this Second Amended Complaint, but reserves the right to seek dismissal of the Second Amended Complaint." (Doc. #40, p. 1 n.1.)

The Court will consider Plaintiff's footnote as a Motion for Leave to file the Second Amended Complaint, but reminds counsel that any future filings must be made in accordance with Local Rule 3.01. See M.D. Fla. R. 3.01.

1

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Motion for Leave to File the Second Amended Complaint (Doc. #40) is **GRANTED**, *nunc pro tunc*.

2. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #37) is **DENIED as moot.**

3. Defendant shall answer or otherwise respond to the Second Amended Complaint within **TWENTY-ONE (21) DAYS** from the date of this ORDER.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record